Paul Kiszkan, Plaintiff, v. Great Lakes Carbon Corpo-
ration, a Corporation, and The Texas Company, a
Corporation, Defendants.
Great Lakes Carbon Corporation, Third-Party Plain-
tiff-Appellant, v. Harold Bacon and Frank A.
Stoll, Doing Business As Bacon Manufacturing
Company, Third-Party Defendants-Appellees.

Gen. No. 48,041.

First District, First Division.

October 24, 1960.

Hubbard, Hubbard & Dorgan, of Chicago, for
appellant; B. F. Martin, of Chicago (Frank Glazer, of counsel)
for appellees. Opinion by JUSTICE MURPHY. Not to be pub-
lished in full.